THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND SERGENT, Appellant.— Motion to dismiss appeal denied. Motion granted to appeal on typewritten records and briefs. (See Domestic Relations Law, § 136.)

ROMIE DAYS, Appellant, v. LAURENCE KENAN, Respondent.— Motion granted to prosecute appeal as poor person and Victor V. Augustine, Jr., Esq., assigned as attorney to conduct appeal.

ROBERT WARNER, Appellant, v. LAURENCE KENAN, Respondent.— Motion granted to prosecute appeal as a poor person and Victor V. Augustine, Jr., Esq., assigned as attorney to conduct appeal.

THOMAS C. LO PRESTI, Respondent, v. CITY OF BUFFALO, Appellant. — Appeal dismissed unless records and briefs are filed and served on or before August 1, 1960. Respondent's brief must be filed by August 26 if appeal is to be argued at September 1960 Term.

In the Matter of JOHN DESIMONE, Petitioner, against NEW YORK STATE LIQUOR AUTHORITY, Respondent.— Motion for a stay denied.

FRANK DI MARIA, Appellant, v. GERALD L. PADDOCK, Respondent.— Motion granted to appeal on typewritten records and brief. Appeal dismissed unless typewritten records and briefs are filed and served on or before August 10, 1960. Respondent's brief must be filed by August 26, 1960 if appeal to be argued at September 1960 Term.

In the Matter of JAMES B. WATT, as Administrator of the Estate of EDNA M. WATT, Deceased.— Motion granted to file original and five typewritten copies of supplemental record on appeal.

JOHN GALANTE, Appellant, v. LOBENE & HAYES, INC., et al., Respondents. MARY GALANTE, Appellant, v. LOBENE & HAYES, INC., et al., Respondents. — Motion granted and appeals dismissed, without costs.

DANIEL T. MILLER, Appellant, v. CARMEN PENNA, Respondent.— Appeal dismissed unless records and briefs are filed and served on or before August 1, 1960. Respondent's brief must be filed on or before August 26, 1960 if appeal is to be argued at September 1960 Term.

In the Matter of RAYMOND P. HASSETT, Petitioner, against KENNETH J. BARNES et al., Constituting the Town Board of Hamburg, Respondent.— Appeal dismissed unless printed briefs are filed and served on or before August 1, 1960. Respondent's brief must be filed on or before August 26, 1960 if case is to be argued at September 1960 Term.

NICHOLAS DE YULIO, Appellant, v. LAWRENCE W. WILSON et al., Respondents.— Motion granted and appeal dismissed, with $10 motion costs.

JOHN MOLINARI, Respondent, v. GARDEN CITY PARTY HOUSE, INC., Appellant, et al., Defendant. JOHN MOLINARI, Appellant, v. GARDEN CITY PARTY HOUSE, INC., Defendant, and BRUNSWICK-BALKE-COLLENDER CO., Respondent.— Appeals dismissed unless defendant-appellant's records and briefs are filed and served on or before August 10, 1960; plaintiff's brief as appellant to be filed by August 10, 1960. If case to be argued at September 1960 Term, plaintiff's answering brief and brief by defendant Brunswick must be filed by August 26, 1960.

ANNISE B. FITZSIMMONS, Appellant, v. UNITED STATES FIRE INS. CO., Respondent.— Motion granted and order dismissing appeal vacated. Respondent's brief to be filed by August 26, 1960.

WILLIAM M. FIORITO. Plaintiff, v. FRANK YASKULSKI, JR., Doing Business as FANCHER HOTEL, Defendant.— Motion to dismiss appeal denied. We take note of the fact that no stay has been granted and an appeal does not automatically stay the proceedings and the trial may proceed.